# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ELIJAH WEIR,                                  : No. 92 EM 2023
                                              :
          Petitioner              :
                                              :
                                              :
        v.                            :
                                              :
                                              :
PHILA. CT. OF COMMON PLEAS; PHILA.            :
DIST. ATTY'S OFFICE,                          :
                                              :
          Respondents             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Prohibition and/or Habeas Corpus Relief" is DENIED.